# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150994(78)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LORINDA IRENE SWAIN,
      Defendant-Appellant.
_____/

SC: 150994
COA: 314564
Calhoun CC:  2001-004547-FC

On order of the Chief Justice, the motion of current and former Michigan prosecutors John Smietanka, Thomas Cranmer, James Samuels, Thomas Rombach, Gerald Gleeson, II, Saul Green, Fred Mester, Anthony Badovinac, and Brandon Hultink to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 15, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016

